THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.*
FRANK LLOYD, Defendant-Appellant.

(No. 71-86;

Second District—February 1, 1972.

*Rehearing denied March 21, 1972.*

Opinion by Mr. JUSTICE ABRAHAMSON.

Dixon, Devine, Ray & Morin, of Dixon, for appellant.

Albert N. Kennedy, State's Attorney, of Dixon, (Edwin W. Merrick, Assistant State's Attorney, of counsel,) for the People.